### STATE OF CONNECTICUT *v.* JERMAIN LITTLE (14108)

O'Connell, Landau and Heiman, Js.

Argued October 25—decision released November 21, 1995

*Barry A. Butler*, assistant public defender, for the appellant (defendant)

*Richard F. Jacobson*, assistant state's attorney, with whom, on the brief, were *Donald A. Browne*, state's attorney, and *John Blawie*, assistant state's attorney, for the appellee (state).

PER CURIAM. This case is controlled by *State* v. *Groomes*, 232 Conn. 455, 656 A.2d 649 (1995).

The judgment is affirmed.